UNITED STATES DISTRICT COURT　　　　　　　　　　　　JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 11-7524-JFW (MRWx)**　　　　　　　　　　Date: **March 15, 2012**

Title:　　Juan De Vivo -v- HSBC Bank USA, National Association, et al.

---

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　**ATTORNEYS PRESENT FOR DEFENDANTS:**
　　　　　　　None　　　　　　　　　　　　　　　　　　　　　None

**PROCEEDINGS (IN CHAMBERS):**　　**ORDER DISMISSING ACTION**

　　　In light of plaintiff's failure to timely serve any of the defendants named in his complaint, this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

　　　IT IS SO ORDERED.

Initials of Deputy Clerk   sr